FILED

# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

2015 NOV 10  PM 4: 33

### CIVIL RIGHTS COMPLAINT FORM
TO BE USED BY PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS
UNDER 28 U.S.C. § 1331 or § 1346 OR 42 U.S.C. § 1983

Spencer C. Young

" Plaintiff "

8:15 cv 2642 T 30 TGW

CASE NO: _____
To be assigned by Clerk)

VERSUS

[" **Defendants** " Listed
Below Alphabetically For
Each County (State)]

## Pinellas County (FL) Officials Involved (except where noted)

(1) Pam Bondi [1]         (2) Ken Burke            (3) Bob Dillinger

(4) Jonathan Duncan       (5) Philip J. Federico   (6) Bob Gualtieri

(7) Bernie McCabe         (8) J. Thomas McGrady    (9) Jane McNeill

(10) Frank Quesada        (11) Rick Scott [2]      (12) Kimberly Todd

## Durham County (NC) Officials Involved (except where noted)

(13) Brian Aus            (14) William Breeze      (15) Lawrence Campbell

(16) Kelly Gauger         (17) Antoinette Hilliard (18) Orlando Hudson

(19) David Q. LaBarre     (20) Janet Lennon        (21) Jose Lopez

(22) Kimberly Lott        (23) Daniel Meier        (24) Beverly E. Perdue [3]

(25) A. Leon Stanback     (26) Morris Ray Taylor

---

[1] Florida Attorney General Pam Bondi is an employee of the State of Florida.
[2] Florida Governor Rick Scott is an employee of the State of Florida.
[3] Former North Carolina Governor Bev Perdue was an employee of the State of North Carolina when the subject civil rights violations were perpetrated, and has since left office.

---

<u>Note</u>:  Federal Criminal "Color of Law" charges have also been filed against each of these defendants with the respective regional offices of the FBI and have been elevated to the attention of Attorney General Loretta Lynch at the U.S. DEPT. OF JUSTICE.  <u>It is this INTER-STATE collaboration to cover up the OBVIOUS felonies and unethical acts of a judge through depriving an upstanding innocent law-abiding U.S citizen of his civil rights in a profoundly malicious manner that makes this matter especially disturbing.</u>

## I. PLAINTIFF:
State your full name and full mailing address in the lines below

Name of Plaintiff:   **Spencer C. Young**
Mailing address:    1194 Lindenwood Drive
                    Tarpon Springs, FL  34688



<u>Note</u>:  Plaintiff is pictured on the right in front of the painting, "**Symphony of Souls**" which is one on the many valuable paintings stolen in a series of grand larcenies perpetrated by defendant # 19 (identified below in Section II), Durham, North Carolina Judge **David Q. LaBarre** and Mr. LaBarre's girlfriend, Leah R. Krier.  It was the desperate effort to cover up these felonies that resulted in <u>seventeen Constitutional Rights Violations</u> that are the subject of this Civil Rights Complaint.

## II. DEFENDANT(S):
State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

### Pinellas County (Florida) Officials Involved (except where noted)

| | |
|---|---|
| (1) Defendant's name: | Pam Bondi [3] |
| Official position: | Florida Attorney General |
| Employed at: | The State of Florida |
| Mailing address: | The Capitol PL-01, Tallahassee, FL 32399-1050 |
| (2) Defendant's name: | Ken Burke |
| Official position: | Clerk of the Court |
| Employed at: | Pinellas County Courthouse |
| Mailing address: | 315 Court St, Clearwater, FL 33756 |
| (3) Defendant's name: | Bob Dillinger |
| Official position: | Chief Public Defender |
| Employed at: | Sixth Judicial Circuit (Serving Pasco & Pinellas Counties) |
| Mailing address: | 14250 49th St. North, Clearwater, FL  33762 |

| | |
|---|---|
| (4) Defendant's name: | Jonathan Duncan |
| Official position: | Public Defense Attorney |
| Employed at: | Sixth Judicial Circuit (Serving Pasco & Pinellas Counties) |
| Mailing address: | 14250 49th St. North, Clearwater, FL  33762 |
| (5) Defendant's name: | Philip J. Federico |
| Official position: | Criminal Circuit Court Judge |
| Employed at: | Sixth Judicial Circuit (Serving Pasco & Pinellas Counties) |
| Mailing address: | 14250 49th St. North, Clearwater, FL  33762  (Chamber 14) |
| (6) Defendant's name: | Bob Gualtieri |
| Official position: | Sheriff |
| Employed at: | Pinellas County |
| Mailing address: | 10750 Ulmerton Rd. Largo, FL 33778 |
| (7) Defendant's name: | Bernie McCabe |
| Official position: | District Attorney |
| Employed at: | Sixth Judicial Circuit (Serving Pasco & Pinellas Counties) |
| Mailing address: | 14250 49th St. North, (PO Box 5028) Clearwater, FL  33758 |
| (8) Defendant's name: | J. Thomas McGrady |
| Official position: | Criminal Circuit Court Judge (was Chief Judge at the time) |
| Employed at: | Sixth Judicial Circuit (Serving Pasco & Pinellas Counties) |
| Mailing address: | 14250 49th St. North, Clearwater, FL  33762  (Chamber 14) |
| (9) Defendant's name: | Jane McNeill |
| Official position: | Public Defense Attorney |
| Employed at: | Sixth Judicial Circuit (Serving Pasco & Pinellas Counties) |
| Mailing address: | 14250 49th St. North, Clearwater, FL  33762 |
| (10) Defendant's name: | Frank Quesada |
| Official position: | Circuit Court Judge |
| Employed at: | Sixth Judicial Circuit (Serving Pasco & Pinellas Counties) |
| Mailing address: | 14250 49th St. North, Clearwater, FL  33762  (Chamber 1) |
| (11) Defendant's name: | Rick Scott [4] |
| Official position: | Governor |
| Employed at: | The State of Florida |
| Mailing address: | The Capitol, 400 S. Monroe St., Tallahassee, FL 32399-0001 |
| (12) Defendant's name: | Kimberly Todd |
| Official position: | Unified Family Court Judge |
| Employed at: | Sixth Judicial Circuit (Serving Pasco & Pinellas Counties) |
| Mailing address: | 14250 49th St. North, Clearwater, FL  33762  (Chamber 17) |

## Defendant Pinellas County (Florida) Officials (except where noted)



(1) Bondi [4]   (2) Burke   (3) Dillinger   (4) Duncan   (5) Federico   (6) Gualtieri

(7) McCabe   (8) McGrady   (9) McNeill   (10) Quesada   (11) Scott [5]   (12) Todd

## Durham County (NC) Officials Involved (except where denoted)

| | |
|---|---|
| (13) Defendant's name: | Brian Aus |
| Official position: | Attorney |
| Employed at: | Sole Practitioner |
| Mailing address: | 2232 Page Road, Suite 202  Durham, NC  27702 |
| (14) Defendant's name: | William Breeze |
| Official position: | Attorney |
| Employed at: | Sole Practitioner |
| Mailing address: | 115 Market St.  Ste 222B  Durham, NC 27701-3241 |
| (15) Defendant's name: | Lawrence Campbell |
| Official position: | Chief Public Defender |
| Employed at: | Durham County |
| Mailing address: | 510 S. Dillard St., Ste 4700, Durham, North Carolina 27701 |
| (16) Defendant's name: | Kelly Gauger |
| Official position: | Asst. District Attorney |
| Employed at: | Durham County |
| Mailing address: | 510 S Dillard St, Durham, NC 27701 |

---

[4] Florida Attorney General, Pam Bondi is a representative of the State of Florida.
[5] Florida Governor Rick Scott is a representative of the State of Florida

| | |
|---|---|
| (17) Defendant's name: | Antoinette Hilliard |
| Official position: | Asst. Public Defender |
| Employed at: | Durham County |
| Mailing address: | 510 S. Dillard St., Ste 4700, Durham, North Carolina 27701 |
| (18) Defendant's name: | Orlando Hudson |
| Official position: | Superior Court Judge |
| Employed at: | Durham County |
| Mailing address: | 510 S Dillard St  Durham, NC 27701 |
| (19) Defendant's name: | David Q. LaBarre |
| Official position: | Emergency Judge |
| Employed at: | Durham County |
| Mailing address: | 823 Millspring Drive  Durham, NC  27705 |
| (20) Defendant's name: | Janet Lennon |
| Official position: | Attorney |
| Employed at: | Durham County |
| Mailing address: | 123 W Main St  Ste 310  Durham, NC 27701 |
| (21) Defendant's name: | Jose Lopez |
| Official position: | Police Chief |
| Employed at: | Durham Police Dept. |
| Mailing address: | 505 W Chapel Hill St, Durham, NC 27701 |
| (22) Defendant's name: | Kimberly Lott |
| Official position: | Attorney |
| Employed at: | Sole Practitioner |
| Mailing address: | 4900 NC Highway 55 Suite 160-167 Durham, NC 27713 |
| (23) Defendant's name: | Daniel Meier |
| Official position: | Attorney |
| Employed at: | Sole Practitioner |
| Mailing address: | 100 E. Parrish Street, Ste. 300  Durham, NC 27701 |
| (24) Defendant's name: | Beverly E. Perdue |
| Official position: | Former Governor |
| Employed at: | State of North Carolina |
| Mailing address: | 211 Wilson Point Rd Trent Woods, NC 28562-7519 |
| (25) Defendant's name: | A. Leon Stanback |
| Official position: | Former Acting District Attorney |
| Employed at: | Durham County |
| Mailing address: | 4011 Crown Hill Dr Durham, NC 27707-5394 |

| (26) Defendant's name: | Morris Ray Taylor |
|---|---|
| Official position: | Retired Police Captain |
| Employed at: | Durham Police Dept. |
| Mailing address: | 505 W Chapel Hill St, Durham, NC 27701 |



Defendant Durham, North Carolina Officials (except where noted)

(13) Aus  (14) Breeze  (15) Campbell  (16) Gauger  (17) Hilliard  (18) Hudson  (19) LaBarre
(20) Lennon  (21) Lopez  (22) Lott  (23) Meier  (24) Perdue [6]  (25) Stanback  (26) Taylor

## III. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

To provide proper context to the outlandish nature of the subject civil rights assault, I will begin with a brief curriculum vitae *About Me* (i.e., the Plaintiff), and then review *The Particulars* of this case.

### About Me

I am an Ivy League educated (BS & MBA from **Cornell University**) father of three now adult sons, who graduated with honors from **Duke University** and **University of Maryland**, as one of the most accomplished groups of brothers in **NCAA** sports history. Collectively, in the sport of Lacrosse, they appeared in eight NCAA Final Four Championships, won six ACC titles and one national title. My youngest son was a 3-time All-American, team captain, and star of **Team USA**, which won the Gold Medal at the **2008 World Games**. These accomplishments were the byproduct of my having coached virtually all of their grade-school athletic teams, despite a busy schedule as an executive in corporate finance and investment banking at market leading institutions.

---

[6] Former North Carolina Governor Bev Perdue was an employee of the State of North Carolina when the subject civil rights violations were perpetrated, and has since left office.

Professionally, I founded the commercial mortgage back securities (CMBS) business at *J.P. Morgan*, ran the CMBS securitization conduit at *Morgan Stanley*, and created and trademarked the *IQ® ("Institutional Quality")* CMBS, playing a key role in elevating Morgan Stanley as the #1 global leader in CMBS issuance. The franchises I created and expanded are today worth $billions. I also successfully invested in and redeveloped commercial real estate properties for over two decades.

My wife of 24 years passed away in 2011 after succumbing to a stress-induced illness brought on by a larger underlying scandal that is beyond the scope of this Complaint, but nevertheless related and the subject of a forthcoming trilogy of nonfiction books of yet undisclosed outrageous private and public sector wrongdoing. Due to a confluence of factors, my wife's illness and passing were widely covered on National television by ESPN, FOX and CBS. An example montage video can be accessed at https://youtu.be/1T2dRBwjfdk. In the publication of this trilogy exposé, I am being assisted by accomplished others, including **Jack Canfield**, the #1 bestselling nonfiction author of all time, with over 500 million books sold worldwide).

The trilogy is being published under the banner name *Cannibals In White Shoes* with the publication of *Volume I* slated by year-end, which will then be sequentially followed by the publication of *Volumes II and III* in 2016 (see CannibalsInWhiteShoes.com for more). Importantly, initiatives have been set into motion to attract widespread public attention because of the heretofore desperate efforts to keep this scandal under wraps.

Now let's get to the relevant particulars . . .

### The Particulars

The relevant facts can be grouped into seven areas and summarized as follows:

1) <u>Five Felonies</u> – In five episodes over a six-month period in 2011 (April through September), a Durham, North Carolina judge (**David Q. LaBarre**) and his girlfriend stole $275,000 in cash and property that was involuntarily placed in Durham, North Carolina storage facilities after "***the worst bank foreclosure fraud in U.S. history***" (a distinction readily verified by Google). <u>An associated civil claim is pending in Hillsborough County, FL seeking treble damages of $825,000.</u> Presented below is a picture of Mr. LaBarre at a romantic dinner with his girlfriend, which is time-stamped months before he secretly presided over yet another bogus matter involving his girlfriend, which is a blatant judicial ethics violation. At these preposterously fraudulent hearings Mr. LaBarre issued baseless ex-parte orders granting his girlfriend unfettered access to the Plaintiff's property ultimately stolen. Labarre also orchestrated the theft of the Plaintiff's Mercedes Benz S-320 in an intricately sequenced set of events which the Plaintiff had no knowledge of, of course by design.



**Judge David Q. LaBarre**
Retired Superior Court Judge-Emergency Judge
823 Millspring Drive Durham, nc 27705
201 E. Main St. - Durham County Judicial Bldg.
Durham, NC 27701

Tel: (919) 383-0893
Fax: (919) 383-0893
Email: judgedql@nc.rr.com



2) <u>False Arrest</u> – After LaBarre was outed and a criminal indictment was filed against him in July 2012 (http://tinyurl.com/plkb5rc) he had Plaintiff falsely arrested on an entirely fabricated charge (which was later dismissed) by a dozen heavily armed members of the U.S. Marshal SWAT team in Tarpons Springs, Florida, where Plaintiff resides. This was orchestrated by LaBarre and his longtime friend, **Leon Stanback**, then the acting Durham District Attorney. <u>An associated malicious prosecution claim is also pending in Hillsborough County, FL for this crime.</u>

The **profound irony** of this over-the-top violent false arrest resides in the fact that the Plaintiff's Grandfather (of the same name) headed the US Marshal Eastern District of New York, and was appointed by **President Franklin D. Roosevelt**.

The Plaintiff's grandfather had an exemplary career as a public servant, and also served as **Treasurer of NYC** under Mayors **O'Dwyer and Impellitteri**. right).



SPENCER C. YOUNG
Treasurer of the City of New York

3) <u>Denied Rights</u> – In Florida, Plaintiff was denied legal counsel, denied bail and placed in solitary confinement in Pinellas County Jail while his Tarpon Springs home was ransacked in a desperate attempt to destroy evidence against LaBarre and his girlfriend.  (<u>Note</u>: As of this filing, the wrongfully seized computers have STILL not been returned, despite numerous requests.)

4) <u>Cruel Treatment</u> – Plaintiff was preposterously committed to maximum-security of Pinellas County Jail with the most violent felons, where he was regularly subjected to numerous death threats.  After many inculcated and impassioned requests for protection, Sheriff Gualtieri's response was to move Plaintiff back to solitary confinement, and then subject him various forms of psychological torture featuring incessant ad hominems, and some of which bordered on the absurd (e.g., severe punishment for having possession of a paper clip that was planted in Plaintiff's cell).

5) <u>Unlawful Incarceration</u> – Commencing on July 3, 2012, Plaintiff was unlawfully incarcerated for a total of 127 days, on a charge that that was later dismissed as meritless, and the nature of which Plaintiff did not learn of until more than two months in jail.  Of this time, 118 days were in Pinellas County (FL) Jail, one day was spent being fraudulently extradited to North Carolina in shackles (as if a dangerously violent felon), and then 8 days in Durham County (NC) Jail before Plaintiff was finally granted the ability to post bail.

6) <u>Florida's Role</u> – **J. Thomas McGrady**, then chief judge of Florida's 6th Judicial Circuit Court, played a pivotal role in my unlawful incarceration in Florida, and associated civil rights violations, as he effectively disregarded the existence of the US Constitution.  Other Florida officials who participated in this unlawful charade and egregious abuse of authority are reflected below

7) <u>North Carolina's Role</u> – The fact that a pair of retired Durham County (NC) Superior Court Judges and long-time friends and colleagues (i.e., LaBarre and Stanback) could collude and viciously abuse their authorities in such a reprehensible manner to perpetrate and cover up extensive felonies and commit a surfeit of civil rights violations, is beyond the pale.  The wrongdoing by this "Dangerous Duo" is so extensive lengthy lists are necessary (see below).

## The Crimes of David Q. LaBarre

- Grand Larceny (Six Counts)
- Fraudulent Conversion
- Auto Theft
- Abuse of Authority
- Criminal Invasion of Privacy
- Wrongful Seizure
- Judicial Misconduct
- Wasting Gov. Resources
- Racketeering
- Extortion
- Corruption
- Bribery
- Malicious Assault
- Economic Exploitation
- False Imprisonment
- Fraud & Criminal Cover-Up

. . . And EXTENSIVE Civil Rights Violations



This complaint has been prepared in internet-friendly form and incorporates by hyperlinked reference the extensive detailed evidence of each defendant's role in this disturbingly coordinated criminal wrongdoing. Details on each defendant's role in these civil rights violations can be accessed by simply clicking on their name below. Notwithstanding, those reviewing this complaint in a more antiquated form, the following URL provides convenient access to the overwhelming evidence against each of the Defendant's . . . http://tinyurl.com/qezkkhm.

## Defendant Roles

Listed below are the alphabetically listed summaries of the respective Defendant roles in perpetrating the civil rights violations delineated in this Complaint (Section IV), and segregated by the two states involved.

| # | Name | Position | Role in the Civil Rights Violations |
|---|---|---|---|
| | **Defendant FLORIDA Public Officials (Principally of PINELLAS COUNTY)** | | |
| 1 | Pam Bondi | Attny Gen. | Ignored the violations in reckless disregard of her responsibilities |
| 2 | Ken Burke | Clerk | Played complicit role in administering McGrady's abuse of rights |
| 3 | Bob Dillinger | Pub. Def | Chief Public Defender who was complicit in abuse of civil rights |
| 4 | Jonathan Duncan | Pub. Def | Demonstrative incompetence suggests complicity in this canard |
| 5 | Philip Federico | Judge | Responsible for the unlawful search & seizure to destroy evidence |
| 6 | Bob Gualtieri | Sheriff | The Sheriff who administered the unlawful incarceration and torture |
| 7 | Bernie McCabe | Dist. Attny | Local DA was knowingly complicit in the subject rights violations |
| 8 | Thomas McGrady | Judge | Chiefly responsible for the rights violations described herein |
| 9 | Jane McNeill | Pub. Def | Assisted in the fraudulent extradition from Florida to North Carolina |
| 10 | Frank Quesada | Judge | Played complicit role in the early stages of the unlawful incarceration |
| 11 | Rick Scott | Governor | Authorized the fraudulent extradition from Florida to North Carolina |
| 12 | Kimberly Todd | Judge | Played complicit role in the early stages of the unlawful incarceration |

| Defendant NORTH CAROLINA Public Officials (Principally of DURHAM COUNTY) ||||
|---|---|---|---|
| # | Name | Position | Role in the Civil Rights Violations |
| 1 | Brian Aus | Pub. Def. | Complicit stonewalling in cover-up of felonies and civil rights violations |
| 2 | William Breeze | Pub. Def. | Complicit stonewalling in cover-up of felonies and civil rights violations |
| 3 | Lawrence Campbell | Pub. Def. | Complicit as PD Chief in cover-up of felonies and civil rights violations |
| 4 | Kelly Gauger | Asst DA | Pursued what she knew to be fabricated charges |
| 5 | Antoinette Hilliard | Pub. Def. | Complicit stonewalling in cover-up of felonies and civil rights violations |
| 6 | Orlando Hudson | Judge | Knowingly participated in fraudulent extradition & ignored felonies |
| 7 | David LaBarre | Judge | Engaged in extensive criminal acts (refer to preceding graphic) |
| 8 | Janet Lennon | Pub. Def. | Complicit stonewalling in cover-up of felonies and civil rights violations |
| 9 | Jose Lopez | Police Chief | Deliberately failed to prosecute the felonies of LaBarre |
| 10 | Kimberly Lott | Pub. Def. | Complicit stonewalling in cover-up of felonies and civil rights violations |
| 11 | Daniel Meier | Pub. Def. | Complicit stonewalling in cover-up of felonies and civil rights violations |
| 12 | Beverly Perdue | Ex. Gov. | Authorized what she knew to be a fraudulent extradition |
| 13 | Leon Stanback | Act. DA | Engaged in extensive criminal acts (refer to preceding graphic) |
| 14 | Morris Ray Taylor | Police Capt | Deliberately failed to prosecute the felonies of LaBarre |

Note: Each North Carolina public defender listed above was tasked with three simple and readily achievable objectives (reflected in the graphic below), and in each and every case they failed miserably, evidencing either an unprecedented level of incompetence or a pervasive environment of corruption bent on covering up the felonies and civil rights violations of senior public officials. Irrespective of the reasons or their motivations, they each bear responsibility for the resultant rights violations that are the subject of this Complaint.



## IV. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section III. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

This ordeal associated with this complaint is something no U.S. citizen should <u>ever</u> be subjected to. In toto, SEVENTEEN Constitutional Rights were not only violated, they were effectively trampled upon by public officials in TWO states, who had each sworn to uphold the U.S. Constitution. In lieu thereof, they have recklessly and/or intentionally abused the authoritative powers they were each vested with, and have thus undermined the public's trust. As a result of the Defendants' actions, the following Constitutional rights were violated:

1. Trial not held in state where alleged crimes were committed (Art. III – Sec. 2)
2. Can't extradite to a state one has not fled from (Art. IV- Sec. 2)
3. Freedom of speech (1st Amendment)
4. Freedom of press (1st Amendment)
5. Right to bear arms (2nd Amendment)
6. Security against unreasonable searches and seizures (4th Amendment)
7. Search warrants not to be issued without probable cause (4th Amendment)
8. Cannot be detained without presentment or indictment (5th Amendment)
9. Due process of law (5th Amendment)
10. The right to a speedy trial (6th Amendment)
11. To be informed of the nature and cause of accusation (6th Amendment)
12. To be confronted with witnesses against the accused (6th Amendment)
13. To be given the opportunity for obtaining witnesses (6th Amendment)
14. The right to competent legal counsel (6th Amendment)
15. The right to reasonable bail (8th Amendment)
16. To not be subjected to cruel and unusual punishment (8th Amendment)
17. Equal protection of the laws (14th Amendment)

How each of these rights were violated can be accessed at **http://tinyurl.com/jwqchyt**

## V. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

Throughout the **127 days** of my unlawful, baseless and malicious incarceration, I had frequently articulated the nature of, and particulars to, this egregious assault on my civil rights, and had put each of the defendant public officials named herein on notice of my intent to pursue civil claims in an amount equal to **$2 million for each day** of my wrongful incarceration, as I was increasingly emotionally scarred with each passing day in maximum security jail with the most violent of felons. Thus the relief sought jointly and severally from each of the defendants named herein, as well as the respective municipalities for which they represent, is **$254 million**.

Importantly, this Civil Rights Claim warrants widespread public attention (it is also being shared with the local and national media, as well as select civil rights organizations), as the notion of public officials colluding (across state lines, no less) to intentionally assault the civil rights of and torture an innocent U.S. citizen, with no criminal record whatsoever, basically sends the message that no American is safe from the whims and criminal wrongdoings of corrupt public officials who tacitly believe they are above the law. And what makes these acts especially reprehensible is that they were maliciously undertaken under "the color of law", in order to cover

up the widespread felonies of a judge in North Carolina, and then knowingly perpetrate a fraudulent extradition to that state on charges they knew were bogus and which were later dismissed as meritless.

What became eminently clear throughout this acutely nightmarish ordeal was that this sort of assault was commonplace, evidenced by the aplomb in which it was coordinated and executed in a very tight timeframe.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

Respectfully submitted,

November 6, 2015

_____
Date Submitted

_____
Spencer C. Young (Plaintiff)

Revised 07/02

U.S. POSTAGE PAID
TARPON SPRINGS, FL
34689
NOV 07, 15
AMOUNT
$7.89
00108490-13

CERTIFIED MAIL

7015 0640 0001 2653 8169

SCREENED By USMS

TO:
US District Court
Middle District (FL)
Tampa Division
801 North Florida Ave
Tampa, FL 33602

FROM:
Spencer C. Young
1194 Lindenwood Dr.
Tarpon Springs, FL
34688

SCREENED By USMS